U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- ✔ Initial Appearance
- ☐ Complaint
- ☐ Preliminary Exam
- ☐ Motion Hearing
- ✔ Indictment
- ☐ SSI
- ☐ Information
- ☐ Detention Hearing
- ☐ Bond Hearing
- ☐ Petition for Probation/Supervised Release action
- ✔ Arraignment
- ☐ Arraignment on SSI

Case No. **1:24-CR-56**    USA v. **James C. Thompson**

**PRESENT:** Honorable **Christopher H. Steger**    ☐ U.S. District Judge **OR** ✔ U.S. Magistrate Judge

**James Brooks**    **Lee Davis & Logan Davis**
Assistant U.S. Attorney    Attorney for Defendant    Probation Officer
☐ Appt.  ✔ Retd  ☐ Ltd. App.

**Kelli Jones**
Courtroom Deputy    Court Reporter    Interpreter(s)    ☐ SWORN

Digital Recording: Crtrm 1B ✔    OR Crtrm 4 ☐

**PROCEEDINGS:**  ✔ DEFENDANT(S) SWORN        **DATES SET:**

- ☐ Financial affidavit(s) executed
- ☐ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ✔ Defendant(s) specifically advised of rights
- ☐ Deft advised of Rules 20, 5 FRCrP
- ☐ Deft executed waiver of Rule 5, 5.1 hearing
- ✔ Deft waived reading of indictment/information
- ☐ Indictment/Information read
- ✔ Deft pleads not guilty to counts **1, 2 & 3**
- ☐ Not guilty plea entered by Court on deft's behalf
- ☐ Deft. entered no plea

Detention hearing: **waived**
Preliminary exam: _____
Revocation hearing: _____
Arraignment: _____
OTHER: _____

Court ordered file    ☐ sealed **OR**    ✔ unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:

I, Kelli Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
Chatt_1-24-cr-56_20240607_130600

**BOND**
✔ Govt. motion for detention without bond:  ✔ granted  ☐ denied
☐ Court ordered deft released on bond (see order setting conditions of release)

Amount: _____    Type: _____

Defendant ineligible for release on bond: _____

Deft  ☐ remanded to custody of U.S. Marshal  ✔ remained in custody  ☐ remained on bond  ☐ released on bond

Time: **2:00** to **2:15**    Date: **6/7/24**

rev 3/09